UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,                    Case No. 10-CR-57

       v.

TROY R. FULLERTON,

        Defendant.

---

## PRELIMINARY ORDER OF FORFEITURE
---

Upon the motion of the United States of America pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, and upon the entry of the plea agreement, and in consideration of the guilty plea of defendant Troy R. Fullerton to the Information, defendant Troy R. Fullerton agrees to the forfeiture of his interest in the properties named in the forfeiture provision of the Information filed on April 1, 2010.

IT IS HEREBY ORDERED that any right, title and interest in the property described below is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c):

1. The real property located on Makou Trail, Lot 5, Block A, in Fox Lake Village Development, Waukesha, Wisconsin.

IT IS FURTHER ORDERED that pursuant to Title 21, United States Code, Section 853(n)(1) the United States shall publish notice of this order and of its intent to seize and dispose of the above-referenced property according to law.

IT IS FURTHER ORDERED that the United States' forfeiture claim against the following properties named in the forfeiture provision of the Information be dismissed:

1. A 2003 Cadillac CTS containing VIN number 1G6DM57N430155131;

2. Approximately $468,669.09 in funds that were seized from the account ending in number 6609, held in the name of Legacy Cellular, LLC, at Waukesha State Bank, located in Waukesha, Wisconsin; and

3. An unspecified money judgment representing proceeds derived from the offense.

IT IS FURTHER ORDERED that the terms of this Order shall be recounted in the defendant's Judgment and Commitment Order.

Dated at Milwaukee, Wisconsin, this 4th day of June, 2010.

                                           *s/ Rudolph T. Randa*
                                           HON. RUDOLPH T. RANDA
                                           United States District Judge